IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AUDIOEYE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCESSIBE LTD., <br><br> Defendant. | Case No. 1:20-cv-924 |

**AUDIOEYE, INC.'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**TO THE COURT AND ALL PARTIES IN INTEREST:**

Please take notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff AudioEye, Inc. hereby voluntarily dismisses its claims asserted in this action against Defendant accessiBe Ltd. without prejudice.

October 26, 2020

Respectfully submitted,

By: */s/ Jared C. Bunker*

Mark T. Garrett
Texas Bar No. 24007225
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, Texas 78701
Telephone: (512) 536-3031
Facsimile: (512) 536-4598
mark.garrett@nortonrosefulbright.com

Stephen C. Jensen (*Pro Hac Vice*)

-1-

-2-

                              Jared C. Bunker (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502
steve.jensen@knobbe.com
jared.bunker@knobbe.com

*Attorneys for Plaintiff AudioEye, Inc.*

33755186