IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUDIOEYE, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:20-CV-924-LY |
| ACCESSIBE LTD., | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On October 26, 2020, Plaintiff AudioEye, Inc. filed a Notice of Voluntary Dismissal Without Prejudice (Doc. #8) pursuant to Rule 41(a)(1)(A)(i). Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __27th__ day of October, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE